United States Court of Appeals
Fifth Circuit

**F I L E D**

April 27, 2005

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 04-10939
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

MARTIN A CALDERON

Defendant - Appellant

---------------------
Appeal from the United States District Court for the
Northern District of Texas, Amarillo
2:03-CR-88-1
---------------------

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM:[*]

IT IS ORDERED that the joint motion to vacate sentence

is GRANTED.

IT IS FURTHER ORDERED that the joint motion to remand for

resentencing is GRANTED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.